**People of the State of Illinois, for use of all Taxpayers of City of Chicago, by Harry Wolfberg, Taxpayer, Appellant, v. Peter J. Brady et al., Appellees.**

**Gen. No. 42,475.**

Heard in the second division, first district, this court at the October term, 1942; opinion filed April 6, 1944. Gold & Liebman and Morris H. Sachs, for appellant; Charles Liebman, of counsel; Burke, James & Burke, for certain appellees; Edmund W. Burke, of counsel; Hoyne, O'Connor, Rubinkam & Melaniphy, for certain other appellee; John C. Melaniphy, of counsel; Barnet Hodes, Corporation Counsel; for certain other appellee; James A. Velde and Alphonse Cerza, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.